UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

WESTERN DIVISION

| | | |
|---|---|---|
| JERYL KELLEEN WORD, | ) | CIV. 07-5075-KES |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | JUDGMENT OF DISMISSAL |
| | ) | |
| COMBINED INSURANCE COMPANY OF AMERICA and BOYER TRUCKING INC., | ) ) ) | |
| | ) | |
| Defendants. | ) | |

After a mediation with the United States Magistrate Judge, this court was advised that the above-entitled action has been settled.  Therefore, it is

ORDERED that this action is hereby dismissed without prejudice to the right of any party to reopen the action if settlement is not consummated.

Dated April 22, 2009.

BY THE COURT:

/s/ *Karen E. Schreier*
KAREN E. SCHREIER
CHIEF JUDGE